

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2018

No. 04-17-00009-CV

**IN THE ESTATE OF BARBARA R. DEAN, DECEASED**,

From the County Court, Jim Wells County, Texas
Trial Court No. 7344
Honorable Homero Garza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellee's motion for reconsideration en banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court